TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-97-00814-CV

St. George Senior Housing, Inc., Appellant

v.

Michael J. Freeman and Clydene Freeman, Appellees

FROM THE COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY

NO. 231,362, HONORABLE ORLINDA L. NARANJO, JUDGE PRESIDING 

PER CURIAM

 St. George Senior Housing, Inc. has filed a motion to dismiss its appeal of the
judgment involving itself and Michael J. Freeman and Clydene Freeman. The Freemans filed the
first notice of appeal. After St. George filed its notice of appeal, the Freemans filed a motion to
dismiss that this Court granted. St. George asserts that the Freemans do not oppose their motion
to dismiss.

 We grant St. George's motion and dismiss this appeal.

Before Justices Powers, Kidd and B. A. Smith

Dismissed On Appellant's Motion

Filed: May 21, 1998

Do Not Publish